[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1207.]

AMERICAN STATES INSURANCE COMPANY, APPELLEE AND CROSS-APPELLANT, *v.* RUBIN ET AL., APPELLANTS AND CROSS-APPELLEES; UNITED STATES FIDELITY & GUARANTY COMPANY, APPELLEE AND CROSS-APPELLANT; BUCKEYE UNION INSURANCE COMPANY, APPELLEE.

[Cite as *Am. States Ins. Co. v. Rubin*, 1995-Ohio-233.]

*Appeal dismissed as improvidently allowed.*

(No. 94-55—Submitted March 21, 1995—Decided May 3, 1995.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Hamilton County, Nos. C-920511, C-920512, C-920513 and C-920521.

———————————

*McIntosh, McIntosh & Knabe* and *Bruce B. McIntosh*, for appellee and cross-appellant American Staes Insurance Company.

*Waite, Schneider, Bayless & Chesley Co., L.P.A.*, *D. Arthur Rabourn* and *Theresa L. Groh*, for appellants and cross-appellees Mrs. Howard Rubin and the Estate of Howard Rubin.

*McCaslin, Imbus & McCaslin*, *Thomas J. Gruber* and *Laura J. Murphy*, for appellee and cross-appellant United States Fidelity & Guaranty Company.

*Rendigs, Fry, Kiely & Dennis* and *Kennth B. Flacks*, for appellee Buckeye Union Insurance Company.

———————————

{¶ 1} The appeal and cross-appeal are dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals on authority of his concurring opinion in *Hillman v. Hastings Mut. Ins. Co.* (1994), 68 Ohio St.3d 238, 239, 626 N.E.2d 73, 73-74.

COOK, J., dissents and would affirm the judgment of the court of appeals.

_____